617 F.2d 441
 104 L.R.R.M. (BNA) 2730
 Billy J. WILLIAMS, Plaintiff-Appellant,
v.
The INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE
WORKERS, etc. et al., Defendants-Appellees.
 No. 78-1711.
 United States Court of Appeals, Fifth Circuit.
 March 14, 1980.
 
 Appeal from the United States District Court for the Southern District of Florida; C. Clyde Atkins, Chief Judge.
 Roger D. Haagenson, Fort Lauderdale, Fla., for plaintiff-appellant.
 Manners & Amoon, George H. Tucker, Miami, Fla., Plato E. Papps, Gen. Counsel, International Assn. of Machinists, Washington, D. C., for Internat'l Assoc. of Machinists & Aerospace Workers.
 Steel, Hector & Davis, John M. Barkett, William B. Killian, Miami, Fla., for National Airlines.
 Before TUTTLE, BROWN and TATE, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed on the basis of the district court's findings of fact and conclusions of law. 484 F.Supp. 917 (S.D.Fla.1978).